UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RAY EASTERLING and his wife, MARY ANN EASTERLING; WAYNE RADLOFF and his wife, GARLAND RADLOFF; JAMES McMAHON; JOSEPH E. THOMAS and his wife, NICOLE THOMAS; GERALD FEEHERY, STEVE KINER and his wife, CAROL KINER; and MICHAEL FURREY and his wife, KOREN FURREY, in their individual capacity and on behalf of all others similarly situated<br><br>Plaintiffs<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC.<br><br>Defendant | : CIVIL ACTION NO.<br>: Case No. 11-cv-05209-AB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: **FILED**<br>: JAN 27 2012<br>: Anita B. Brody, Judge<br>: By _____ Dep. Clerk |

**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE IN WHICH TO FILE OPPOSITION TO THE NATIONAL FOOTBALL LEAGUE'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

It is hereby stipulated by and between the parties that, subject to the Court's approval, plaintiffs' counsel is granted a thirty (30) day extension, until March 2, 2012, in which to file its Opposition to the National Football League's Motion to Dismiss Plaintiffs' Amended

ECF
1/27/12

Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) filed in this matter.

ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN AND SMALLEY, P.C.

By: _____
Larry Cohen
Attorney I.D. No. 17523
Sol H. Weiss
Attorney I.D. No. 15925
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-1130

Attorneys for Plaintiffs


PAUL, WEISS, RIFKIND, WHARTON
AND GARRISON, LLP

By: _____
Brad S. Karp
Theodore V. Wells, Jr.
Bruce Birenboim
Beth A. Wilkinson
Lynn B. Bayard
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

DUANE MORRIS, LLP

By: _____
John J. Soroko
Attorney I.D. No. 25987
Dana B. Klinges
Attorney I.D. No. 57943
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1000

Attorneys for Defendant

SO ORDERED this 26th day of January, 2012.

_____
ANITA B. BRODY
United States District Court Judge