IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | MDL No. 2323<br>12-md-2323 |
| **THIS DOCUMENT RELATES TO:**<br>11-cv-5209 | |

## ORDER

**AND NOW**, this ___30TH_ day of _April__ 2012, it is **ORDERED** that the National Football League's Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 19) and the National Football League's Motion for a Stay of Proceedings (ECF No. 21) are **DENIED** as moot.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to:

1